This is to advise that on December 17, 2008

Judge Timothy C. Stanceu

Issued CONFIDENTIAL Slip Opinion 08-136

In action

Ct. No. 05-00683

National Fisheries Institute, Inc., et al.,
(Plaintiffs,)

v.

United States Bureau of Customs
and Border Protection
(Defendant.)